# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD BURRELL**, | ) |
| | ) |
| **Plaintiff**, | ) |
| | ) |
| v. | ) Case No.:2:15-cv-00977-AKK-TMP |
| | ) |
| **ALABAMA DEPARTMENT OF CORRECTIONS, et al.**, | ) |
| | ) |
| **Defendants**. | ) |

## **ORDER**

The magistrate judge filed a report on November 23, 2015, recommending that the plaintiff's claims against the Alabama Department of Corrections, Grant Culliver, Cheryl Price, Cedric Sparks, Lloyd Hicks, Jeffery Baldwin, Captain Tew, Robert Davis, Lester Murray, Matt McGee, Officer Weirich, Eddie Watts, Classification Officer Bonner, Sargent Taylor, Lieutenant Felton, and Jefferson Dunn be dismissed without prejudice pursuant to 28 U.S.C. §1915A(b) for failing to state a claim upon which relief can be granted.  Doc. 19.  The magistrate judge further recommended that all claims against Mohammad Jenkins be dismissed without prejudice pursuant to 28 U.S.C. §1915A(b) for failing to state a claim upon which relief can be granted, except for the plaintiff's putative First Amendment claim, which the magistrate judge recommended be referred to the magistrate judge for further proceedings.  *Id.* at 27.  Finally, the magistrate judge

1

recommended that any cause of action pursuant to the Board of Adjustment denying the plaintiff's claim or based in state law conversion be dismissed pursuant 28 U.S.C. §1915A(b) for failing to state a claim upon which relief can be granted.  Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

   Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  The court **ORDERS** that the plaintiff's claims against the Alabama Department of Corrections, Grant Culliver, Cheryl Price, Cedric Sparks, Lloyd Hicks, Jeffery Baldwin, Captain Tew, Robert Davis, Lester Murray, Matt McGee, Officer Weirich, Eddie Watts, Classification Officer Bonner, Sargent Taylor, Lieutenant Felton, and Jefferson Dunn are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915A(b).  The court further **ORDERS** that all claims against Mohammad Jenkins, **EXCEPT** for the plaintiff's First Amendment claim, be **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915A(b).  The court further **ORDERS** that the plaintiff's First Amendment claim is **REFERRED** to the magistrate judge for further proceedings.  Additionally, the court **ORDERS** that any cause of action pursuant to the Board of Adjustment denying the

plaintiff's claim or based in state law conversion is **DISMISSED WITHOUT PREJUDICE** pursuant 28 U.S.C. §1915A(b) for failing to state a claim upon which relief can be granted.

    **DONE** the 19th day of February, 2016.

_____<br>
**ABDUL K. KALLON**<br>
UNITED STATES DISTRICT JUDGE