# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD BURRELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **2:15-cv-00977-AKK-TMP** |
| **ALABAMA DEPARTMENT OF** ) | |
| **CORRECTIONS** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The magistrate judge filed a report on October 20, 2016, recommending that the defendant's special report be treated as a motion for summary judgment and further recommending that the motion be denied. Doc. 54. The court advised the parties of their right to file specific written objections within fourteen days. *Id.* at 22–23. The plaintiff filed objections, stating that the magistrate judge "fail[ed] to consider [his] Prayer for relief as stated in [his] original complaint," which included, *inter alia*, requests that the defendant "be charged according to state and federal law" and "face jail time." *See* docs. 55 at 1–2; 1 at 45. These objections are **OVERRULED**.

After careful review and consideration *de novo* of all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the magistrate judge's report is due to be, and hereby is, **ADOPTED**, and the

recommendation **ACCEPTED**.  Consequently, the defendant's motion for summary judgment is **DENIED**.  The court further **ORDERS** that the plaintiff's First Amendment claim is **REFERRED** to the magistrate judge for further proceedings.

    **DONE** the 4th day of November, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE